Frankie G. BURTON, Petitioner

v.

INNOVATIVE DTV SOLUTIONS, INC., Respondent

No. 265 WAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.